**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| IN RE: PETITION OF A.M.M., | : | No. 459 WAL 2018 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| THE PENNSYLVANIA STATE POLICE | : | |
| AND ALLEGHENY COUNTY | : | |
| DEPARTMENT OF BEHAVIORAL | : | |
| HEALTH, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of April, 2019, the Petition for Allowance of Appeal is **DENIED**.